## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**FILED**

AUG 16 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **No. CR 23-331 JD** |
| -vs- | ) | |
| | ) | |
| LAMMON RUSSELL BLONNER and | ) | **Violations:** 21 U.S.C. § 846 |
| LINDERAL TASHEL PETTIES, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| Defendants. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 21 U.S.C. § 856(a)(1) |
| | ) | 21 U.S.C. § 860(a) |
| | ) | 18 U.S.C. § 924(d) |
| | ) | 21 U.S.C. § 853 |
| | ) | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Drug Conspiracy)

Beginning in or about July 2023, the exact date being unknown to the Grand Jury, and continuing through on or about July 19, 2023, in the Western District of Oklahoma and elsewhere,

--------------------------------LAMMON RUSSELL BLONNER and
LINDERAL TASHEL PETTIES ------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with each other and others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute 400 grams or more of a mixture or substance

containing a detectable amount of N-phenyl-N-[1–(2–phenylethyl)–4–piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

**<u>COUNT 2</u>**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about July 19, 2023, in the Western District of Oklahoma,

--------------------------------- **LAMMON RUSSELL BLONNER** ---------------------------------

knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B).

**<u>COUNT 3</u>**
**(Possession of Cocaine with Intent to Distribute)**

On or about July 19, 2023, in the Western District of Oklahoma,

--------------------------------- **LAMMON RUSSELL BLONNER** ---------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B).

2

## COUNT 4
### (Possession of Fentanyl with Intent to Distribute)

On or about July 19, 2023, in the Western District of Oklahoma,

---------------------------- **LAMMON RUSSELL BLONNER** ----------------------------

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1–(2–phenylethyl)–4–piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 5
### (Possession of Firearms in Furtherance of a Drug-Trafficking Crime)

On or about July 19, 2023, in the Western District of Oklahoma,

---------------------------- **LAMMON RUSSELL BLONNER** ----------------------------

knowingly possessed firearms, specifically:

1. a Springfield Armory, model XD-9, 9mm Luger caliber pistol, bearing seral number BY325987;

2. a Springfield Armory, model XD-9 Sub-Compact Mod.2, 9mm Luger caliber pistol, bearing serial number GM857665;

3. a Sig Sauer, model P365 SAS, 9mm Luger caliber pistol, bearing serial number 66A554922; and

4. a Springfield Armory, model XDS, .45 ACP caliber pistol, bearing serial number S3342677,

in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of methamphetamine with intent to distribute as charged in Count 3, possession of cocaine with intent to distribute as charged in Count 4, and

3

possession of fentanyl with intent to distribute as charged in Count 5.

All in violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found at Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 6
### (Felon in Possession of Firearms)

On or about July 19, 2023, in the Western District of Oklahoma,

--------------------------------- **LAMMON RUSSELL BLONNER** ---------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit:

1. a Springfield Armory, model XD-9, 9mm Luger caliber pistol, bearing seral number BY325987;

2. a Springfield Armory, model XD-9 Sub-Compact Mod.2, 9mm Luger caliber pistol, bearing serial number GM857665;

3. a Sig Sauer, model P365 SAS, 9mm Luger caliber pistol, bearing serial number 66A554922; and

4. a Springfield Armory, model XDS, .45 ACP caliber pistol, bearing serial number S3342677,

which were in and affecting interstate commerce in that the firearms had previously crossed state lines to reach Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(8).

## COUNT 7
### (Maintaining a Drug-Involved Premises)

On or about July 19, 2023, in the Western District of Oklahoma,

--------------------------------- **LAMMON RUSSELL BLONNER** ---------------------------------

knowingly opened, leased, rented, used, and maintained a place at 209 NW 86th Street, Oklahoma City, Oklahoma, for the purpose of storing and distributing controlled substances.

All in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 8
### (Possession of Methamphetamine with Intent to Distribute Where a Minor is Present)

On or about July 19, 2023, in the Western District of Oklahoma,

------------------------------ LAMMON RUSSELL BLONNER ------------------------------

knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), on a premises in which an individual who was under the age of 18 years was present or resided, specifically: 209 NW 86th Street, Oklahoma City, Oklahoma.

All in violation of Title 21, United States Code, Section 860a.

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1, 2, 3, 4, 7, and 8 of this Indictment, **LAMMON RUSSELL BLONNER** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to

commit or to facilitate the commission of such offense.

Likewise, upon conviction of any of the offenses alleged in Counts 5, and 6 of this Indictment, **LAMMON RUSSELL BLONNER** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense(s).

Upon conviction of the offense alleged in Count 1 of this Indictment, **LINDERAL TASHEL PETTIES** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense.

The property subject to forfeiture includes, but is not limited to:

1.   a Springfield Armory, model XD-9, 9mm Luger caliber pistol, bearing serial number BY325987;

2.   a Springfield Armory, model XD-9 Sub-Compact Mod.2, 9mm Luger caliber pistol, bearing serial number GM857665;

3.   a Sig Sauer, model P365 SAS, 9mm Luger caliber pistol, bearing serial number 66A554922;

4.   a Springfield Armory, model XDS, .45 ACP caliber pistol, bearing serial number S3342677;

5.   18 auto sear devices; and

6.   any and all ammunition and magazines not specified herein.

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

TRAVIS LEVERETT
Assistant United States Attorney