Court

JD

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐ Misdemeanor ☐ Felony ☑ USAO No.:____________ Case No.: CR 23-331

Charging Document: **Indictment** No. of Defendants: 2 Total No. of Counts: 8 Sealed: Y ☐ N ☑

Forfeiture: Y ☑ N ☐ OCDETF: Y ☐ N ☑ McGirt: Y ☐ N ☑ Warrant ☑ Summons ☐ Notice ☐

Companion Case No. (if any):____________

**DEFENDANT INFORMATION:** By: cb

| | | | |
|---|---|---|---|
| Name: **Linderal Tashel Petties** | | AUG 15 2023 | |
| Alias(es): | | Address: Ardmore OK 73401 | |
| | | FBI No.: | |
| DOB: 1993 | SSN: XXX-XX-XXXX | Race: Black | Interpreter: Y ☐ N ☑ |
| Sex: M ☐ F ☑ | Juvenile: Y ☐ N ☑ | Language/Dialect: English | |

| **DEFENDANT STATUS/RECOMMENDATION:** | **PRIOR MAGISTRATE JUDGE PROCEEDINGS:** |
|---|---|
| ☑ Not in Custody ☑ Detention Requested | Complaint: Y ☐ N ☑ |
| ☐ Type of Bond:____________ | Magistrate Judge Case No.: MJ- |
| ☐ In Custody at:____________ | |
| Inmate/Prisoner/Register No.:____________ | Previously Detained: Y ☐ N ☑ |

**ATTORNEY/AGENCY INFORMATION:**

| | | |
|---|---|---|
| ☐ Public Defender | Name: ____________ | AUSA: Travis Leverett |
| ☐ CJA Panel | Address: ____________ | Agent /Agency: HSI |
| ☐ Retained | Phone: ____________ | Local Officer/Agency:____________ |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d)<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | Criminal Forfeiture | Forfeiture of Property or Items |

RECEIVED
AUG 16 2023
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

**Signature of AUSA:** s/Travis Leverett **Date:** 08/15/2023