OFFICE OF THE CLERK
WILLIAM J. HOLLOWAY, JR. UNITED STATES DISTRICT COURTHOUSE
WESTERN DISTRICT OF OKLAHOMA
200 N.W. 4TH STREET
OKLAHOMA CITY, OKLAHOMA 73102-3092

Shinn

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 73102
02 7H
$ 000.74[0]
FEB 20 2026

RECEIVED

MAR 24 2026

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Lammon Russell Blonner #698321
WILLIAMSBURG FEDERAL
CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 340
SALTERS, SC 29590

RETURN TO SENDER
__Unauthorized Correspndence
__Wrong Inmate Name/Register Number
__Inmate No Longer At This Facility
__Package Authorization Not On File
__Not An Authorized Vender For Books/Mag.
__Only White Stationary Allow/Contains Frag.

NIXIE 296 DE 1 0003/16/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

SC: 73102302699 *0334-08707-03-23

ANK
73102>302
29590@0340 BO