**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-23-00331-JD-001 |
| | ) | |
| LAMMON RUSSELL BLONNER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the United States' Motion for Order Finding that Defendant has Waived Attorney-Client Privilege ("Motion") [Doc. No. 98]. If Defendant intends to file a response to the Motion, he must do so on or before **March 12, 2026.**[1]

IT IS SO ORDERED this 20th day of February 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

[1] The Court is aware of the United States' deadline to respond to Defendant's Motion to Vacate under 28 U.S.C. § 2255 [Doc. No. 95]. *See* 2/12/26 Enter Order [Doc. No. 97]. The Court will make necessary briefing adjustments once the Motion [Doc. No. 98] is decided.