In The united States District Court

For The western District of oklahoma

FILED
OCT 0 5 2026
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY *rao*, DEPUTY

LAMONN RUSSELL BLONNER, )
)
)
Plaintiff. )
)
V. ) Case No. CR-23-00331-JD-001
)
)
)
UNITED STATES OF AMERICA, )
Defendant.

# RESPONSE

Before The court is LaMonn Russell Blonner' Response to united States' Motion for order finding that Defendant Has waived Attorney-Client privilege ("Motion") [Doc. No. 98]. I LaMonn Russell Blonner' will [Like]. The Acceptance of This Motion for order waived My Attorney-Client privilege.

-Respectfully.-

*[signature]* LaMonn Blonner.